EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2023 TSPR 113 |
| Yaznery Ortiz Navedo | 212 DPR ___ |

Número del Caso: TS-13,997

Fecha: 19 de septiembre de 2023

Representante Legal de la Parte Peticionaria:

    Por derecho propio

Materia: Reactivación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
SALA II

*Ex parte:*

Yaznery Ortiz Navedo                TS-13,997

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Feliberti Cintrón y el Juez Asociado señor Estrella Martínez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de septiembre de 2023.

Examinada la *Solicitud de reactivación al ejercicio de la abogacía y cambio de estatus como abogada activa en el Registro Único de Abogados y Certificación de cumplimiento* presentada el 11 de septiembre de 2023 por la Sra. Yaznery Ortiz Navedo, se declara *Ha Lugar*.

Se ordena a la Secretaría registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena a la licenciada Ortiz Navedo actualizar su información de contacto en el RUA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo